## IN UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF MISSISSIPPI
## GREENVILLE DIVISION

**DENICE RIGGINS, Administratrix of the**
**Estate of DAMION S. RIGGINS, Deceased and**
**Estate of Damion S. Riggins and Wrongful Death Beneficiaries**
**of Damion S. Riggins, Deceased**                                    **PLAINTIFF**

**V.**                                    **CIVIL ACTION NO. 4:14cv110-DMB-JMV**

**CITY OF INDIANOLA, MISSISSIPPI, ET AL.**                                    **DEFENDANTS**


## ORDER STAYING CERTAIN PROCEEDINGS

Before the court is defendants' Motion to Stay Based on Immunity [38], filed February 9, 2015. Local Uniform Civil Rule 16(b)(3)(B) provides that "[f]iling . . . an immunity defense . . . motion stays the attorney conference and disclosure requirements and all discovery not related to the issue pending the court's ruling on the motion, including any appeal." Because defendants have raised the issue of qualified immunity by separate motion [36],

**IT IS, THEREFORE, ORDERED** that the aforementioned proceedings are hereby **STAYED** pending a ruling on the immunity motion. Defendants shall notify the undersigned within seven (7) days of a decision on the immunity defense motion and shall submit a proposed order lifting the stay.

This 17th day of February, 2015.

/s/ Jane M. Virden
U.S. Magistrate Judge