**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**GREENVILLE DIVISION**

**DENICE RIGGINS, Administratrix of the**                                **PLAINTIFF**
**Estate of DAMION S. RIGGINS, Deceased**
**and Estate of Damion S. Riggins and**
**Wrongful Death Beneficiaries of Damion S.**
**Riggins, Deceased**

**V.**                                                    **NO. 4:14-CV-110-DMB-JMV**

**CITY OF INDIANOLA, MISSISSIPPI,**
**ET AL.**                                                            **DEFENDANTS**

## AMENDED ORDER GRANTING MOTION TO CONTINUE TRIAL

Upon consideration, the unopposed motion to continue trial [56] is **GRANTED**. By separate notice, the trial will be continued until August 8, 2016. Any modification to the scheduling deadlines is referred to the United States Magistrate Judge.

SO ORDERED, this 14th day of October, 2015.

                                                                      **/s/ Debra M. Brown**
                                                                      **UNITED STATES DISTRICT JUDGE**